[No. 32310-5-I.    Division One.    May 31, 1994.]

LANDON ENTERPRISES, *Appellant*, v. MICHAEL A.
RODEN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-22732-1, Marsha J. Pechman, J., entered
February 5, 1993. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Coleman and Grosse, JJ.

[No. 30687-1-I.    Division One.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
ALLEN BILLIARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00668-1, Robert S. Lasnik, J., entered May
13, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33735-1-I.    Division One.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. REX W.
KOLBECK, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 92-1-00130-5, George McIntosh, J., entered Octo-
ber 15, 1993. *Reversed* by unpublished per curiam opinion.

[No. 30334-1-I.    Division One.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PEARL
DALLAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-05433-1, Stephen M. Gaddis, J. Pro Tem.,
entered February 19, 1992. *Reversed* by unpublished per
curiam opinion.